

March 26, 2025

United States District Court for the Northern District of New York
James M. Hanley Federal Building
100 S. Clinton Street
Syracuse, New York, 13261

                Re: <u>Jody R. Schum v. United States of America</u>

To whom it may concern:

      In connection with the above-referenced Complaint, I have attached an Application to Proceed Without Prepaying Fees or Costs.

      With this Application, I am simply seeking a waiver of the Filing Fee.

      I am not seeking to have Service of the Summons and Complaint effected by U.S. Marshalls. I am prepared to serve the Summons and Complaint myself, and I am attaching two proposed Summonses for that purpose.

      Thank you for your assistance and consideration.

                                                    Respectfully,

                                                    Robert G. Nassau
                                                    Director, SU Tax Clinic